UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE:   EVERGLADES AIRBOAT
MANAGEMENT LLC and EVERGLADES
AIRBOAT RESORTS, LLC, D/B/A CAPTAIN
JACK'S AIRBOAT TOURS (F/K/A CAPTAIN
DOUG'S AIRBOAT TOURS), AS OWNERS,
CHARTERERS, OPERATING MANAGERS
OF THE 18'6 ALUMITECH AIRBOAT,
FLORIDA REGISTRATION FL 6575 PG IN
A CAUSE OF ACTION FOR
EXONERATION FROM, OR LIMTIATION
OF LIABILITY

Case No:    2:15-cv-293-FtM-38CM

_____

## ORDER FOR NOTICE TO CLAIMANTS

A Complaint having been filed herein on May 8, 2015 by Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC, owner, charterer, managing operator of the 18'6 Alumitech Airboat (the "Vessel"), for exoneration from or limitation of liability with respect to any claims arising out of or connected with the matters set forth in the Complaint, and Plaintiffs having stated the facts and circumstances upon which said exoneration and limitation are claimed; and Plaintiffs having duly given an Ad Interim Stipulation for Value in the sum of $10,000.00, with interest, in proper form and with satisfactory surety, and said Stipulation having been approved by the Court, and it appearing that claims have been made or are about to be made against Plaintiffs and against the Vessel for loss, damage and injuries alleged to have been incurred;

NOW, on application of John D. Kallen, Esq., counsel for Plaintiffs, and pursuant to Rule F of the Supplemental Rules for Admiralty or Maritime Claims, it is hereby

ORDERED that notice be issued against all persons claiming damages for any and all loss, damage or injury caused by or resulting from the incident referred to in the Complaint, or by reason of other matters arising on the voyage of the Vessel referred to in the Complaint, citing them and each of them to file with the Court and make due proof of their respective claims on or before July 2, 2015 and to serve on or mail a copy thereof to John D. Kallen, Esq., of the law firm of John D. Kallen, P.A., 17071 West Dixie Highway, North Miami Beach, Florida 33160, counsel for Plaintiffs; and it is further

ORDERED that public notice of such notice shall be given by publication thereof in The News-Press, a newspaper published in the city of Fort Myers, Florida, and within the Middle District of Florida, said publication to be once a week for four successive weeks prior to the date fixed for filing claims, and a copy of said notice shall be mailed to every person known to have made any claim against the Vessel or Plaintiffs arising out of the voyage in which claims sought to be limited arose; and it is further

ORDERED that claimants appear and make proof of their claims before this Court and if they desire to contest the Complaint to file an answer to same and mail a copy to John D. Kallen, P.A., on or before July 2, 2015.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record