UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:   EVERGLADES AIRBOAT
MANAGEMENT LLC and EVERGLADES
AIRBOAT RESORTS, LLC, D/B/A CAPTAIN
JACK'S AIRBOAT TOURS (F/K/A CAPTAIN
DOUG'S AIRBOAT TOURS), AS OWNERS,
CHARTERERS, OPERATING MANAGERS OF
THE 18'6 ALUMITECH AIRBOAT, FLORIDA
REGISTRATION FL 6575 PG IN A CAUSE OF
ACTION FOR EXONERATION FROM, OR
LIMITATION OF LIABILITY

Case No:   2:15-cv-293-FtM-38CM

_____/

### ORDER[1]

This matter comes before the Court on the Claimant Margaret Rose Murphy's ("Claimant") Unopposed Motion to Lift the Injunction and Stay the Limitation of Liability Action (Doc. #20) filed on July 17, 2015.  Pursuant to M.D. Fla. Local Rule 3.01(g), Claimant conferred with Petitioners Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC ("Petitioners"), who do not oppose the requested relief. (Doc. #21).

On May 14, 2015, this Court entered an Order (Doc. #5) granting Petitioners' Motion for entry of an order for an Ad Interim Stipulation of Value. Thereafter, United States Magistrate Judge Carol Mirando entered an Order restraining and enjoining the commencement of further prosecution of any claims, actions, or proceedings against

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Petitioners or the vessel until the instant action should be resolved. ([Doc. #11](Doc. #11)). Claimant now moves the Court to lift the injunction and stay this case while she pursues a case in the appropriate Florida state court.

Claimant filed her claim in these proceedings and is the only claimant and person injured on the vessel. Claimant has entered into the necessary stipulations to protect Petitioners' rights in this limitation action. As such, the Court finds that Claimant is a single claimant entitled to proceed as to liability and damages in her Florida state court action. Because Claimant filed the appropriate stipulations to protect the rights of Petitioners, the Court will stay this action until such time as this Court may adjudicate the limitation of value issue which remains within its exclusive jurisdiction.

Accordingly, it is now

**ORDERED:**

Claimant Margaret Rose Murphy's Unopposed Motion to Lift the Stay ([Doc. #20](Doc. #20)) is **GRANTED**.

(1) The Injunction prohibiting the filing of any other actions against Petitioners Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC is hereby **LIFTED** only as to the Florida state court action brought by Claimant Margaret Rose Murphy against Petitioners Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC.

(2) This action is **STAYED** pending the resolution of the underlying Florida state court case brought by Claimant Margaret Rose Murphy against Petitioners Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC.

(3) The Parties shall notify the Court when the stay is due to be lifted and the case resume. The Clerk of the Court shall terminate all deadlines during the stay and place a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida, this 12th day of August, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record